# Court of Appeals
# of the State of Georgia

ATLANTA,  September 25, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0009. LUANNE BRYANT SMITH et al. v. JENNIFER E. WILLIAMS et al.**

Jennifer E. Williams and Jennifer E. Williams, LLC (collectively, "Williams") sued Luanne Bryant Smith and Luanne Bryant Smith, P. C. (collectively, "Smith") for breach of contract and dissolution of a partnership. Pending resolution of their dispute over entitlement to attorney fees in certain workers' compensation cases, the trial court entered an injunction requiring the parties to place a portion of disputed fees in trust accounts. Smith later filed motions to dismiss and for partial summary judgment, which the trial court denied. At Smith's request, the court certified its denial orders for immediate review. The court also entered an order granting Williams's motion for Smith to place additional fees in trust. Smith filed a notice appeal from the latter order, as well as this application for interlocutory appeal from the orders denying her motions to dismiss and for partial summary judgment.

The order directing Smith to place additional attorney fees in trust modifies the previous injunction order. An order modifying an injunction is itself an injunction and is directly appealable under OCGA § 5-6-34 (a) (4). *American Management Services East v. Fort Benning Family Communities, LLC*, 318 Ga. App. 827, 828-829 (1) (734 SE2d 833) (2012). Smith filed a timely notice of appeal from that order, and in that direct appeal she will be able to challenge other orders in the case, including the interlocutory orders she seeks to appeal here. See OCGA § 5-6-34 (d). Accordingly, this application is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/25/2014
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*